## PAHMEYER ET AL. *v.* GROVERMAN.

SUPREME COURT.—*Practice.*—*Assignment of Error.*—An appeal to the Supreme Court will be dismissed for want of an assignment of error.

From the Vigo Circuit Court.

*J. H. Blake,* for appellants.

*S. C. Davis* and *S. B. Davis,* for appellee.

WORDEN, J.—In this case, there is no assignment of error in the record.

The appeal is therefore dismissed, at the costs of the appellants.